# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ZACHARY MORGAN, REED CHELBERG, CODY LEE, RYAN MILLER, AUSTIN NELSON, JORDAN PETERSON, AND HUNTER SMITH, | Court File No.: 3:19-cv-00027 |
| Plaintiffs, | |
| v. | **PROPOSED ORDER** |
| CRUSH CITY CONSTRUCTION, LLC, | |
| Defendant. | |

THIS COURT, having considered the parties' Joint Motion to Approve Final Settlement of this action and all supporting documents filed therewith, including the Settlement Agreement

HEREBY FINDS AND ORDERS as follows:

1. The terms of the Settlement Agreement entered into by the parties is a fair and reasonable resolution of a bona fide dispute under the federal Fair Labor Standards Act;

2. The Settlement Agreement is therefore approved by this Court;

3. All of the Plaintiffs' claims, including those asserted under state law, are dismissed with prejudice; and

4. This Court shall retain limited continuing jurisdiction over this matter, within the Court's discretion, as to the construction, enforcement and administration of the Settlement Agreement.

Dated: _____

_____
Honorable William M. Conley
United States District Judge